UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. 2:13-cv-0875 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| ELVIRA VALENCIA VALENCIA, dba EL COYOTE JUNCTION MEXICAN GRILL AND SEAFOOD, | |
| Defendant. | |

On September 11, 2013, the court held a hearing on plaintiff's motion for default judgment. Thomas P. Riley appeared for plaintiff. No appearances were made for defendant. At the hearing, the undersigned directed plaintiff to submit within seven days from the date of the hearing an affidavit or documentation that links the defendant business owner to the address on which service was effectuated. More than seven days have passed and plaintiff has still not responded to the court order.

////

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing on or
2 before October 1, 2013 why sanctions should not be imposed for plaintiff's failure to comply with
3 a court order.
4 DATED: September 24, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;j&j0875.osc

2