UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | 2:13-cv-00875 KJM AC |
| Plaintiff, | |
| vs. | ORDER |
| ELVIRA VALENCIA VALENCIA, individually and d/b/a EL COYOTE JUNCTION MEXICAN GRILL AND SEAFOOD, | |
| Defendant. | |

This matter having come before the court on Plaintiff J & J Sports Productions, Inc.'s Motion for Extension of Time to Serve Defendant, and the court having considered the pleadings and been otherwise advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The September 25, 2013 order to show cause is vacated;
2. Plaintiff's Motion for Extension of Time to Serve Defendant (ECF No. 15) is granted;
3. Service shall be effectuated on defendant within thirty (30) days of entry of this order. Plaintiff is also directed to serve a copy of this order on defendant;
4. The hearing on plaintiff's August 8, 2013 motion for default judgment (ECF No. 9) is continued to December 4, 2013 at 10:00 a.m. in courtroom #26. Any opposition to

1       the motion for default judgment shall be filed and served no later than November 20,
2       2013.
3    DATED: October 1, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

8    /mb;j&j0875.eot

-2-